UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY CASES | ) ) ) ) | MASTER DOCKET NO. 12-cv-12052-FDS |
| | ) | JUDGE: F. DENNIS SAYLOR IV |
| *THIS DOCUMENT RELATES TO*: | ) ) | Civil Action No. 1:12-cv-12276 |
| TAWAN JENKINS and FRANKLIN JENKINS, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | |
| NEW ENGLAND COMPOUNDING PHARMACY INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., | ) ) ) ) | |
| Defendants | ) | |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, AMERIDOSE, LLC

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

    Please enter my appearance on behalf of the defendant, Ameridose, LLC, relative to the above-captioned case.

          The Defendant
          Ameridose, LLC,
          By its Attorneys,


          *s/ Matthew E. Mantalos*
          Matthew E. Mantalos (BBO #669404)
          Tucker, Saltzman & Dyer, LLP
          100 Franklin Street
          Boston, MA 02110
          Tel:    617.986.4222
          Fax:   617-986-6229
          E-mail:  mantalos@tsd-lawfirm.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 1, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*s/ Matthew E. Mantalos*
*Attorney for Defendant Ameridose, LLC*