**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Tawan Jenkins, et al. vs. New England Compounding Pharmacy, Inc., et al.*<br>Case No.: 12-cv-12276 | **MDL NO. 1:13-md-02419** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Richard A. Dean of the law firm Tucker Ellis LLP, as counsel for defendants Ameridose, LLC

*/s/ Richard A. Dean*
RICHARD A. DEAN (Ohio Bar #0013165)
Tucker Ellis LLP
925 Euclid Avenue, Suite 1150
Cleveland, Ohio 44115-1414
Tel: (216) 592-5000
Fax: (216) 592-5009
E-mail:richard.dean@tuckerellis.com

*Attorney for Ameridose, LLC*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of Court on March 19, 2013 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system.

      */s/ Richard A. Dean*
      RICHARD A. DEAN (Ohio Bar #0013165)
      Tucker Ellis  LLP
      925 Euclid Avenue, Suite 1150
      Cleveland, Ohio 44115-1414
      Tel:   (216) 592-5000
      Fax:   (216) 592-5009
      E-mail: richard.dean@tuckerellis.com

      *Attorney for Ameridose, LLC*